IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANG NGUYEN,<br><br>  Petitioner,<br><br>v.<br><br>PAM BONDI, U.S. Attorney General,<br><br>  Respondent. | §<br>§<br>§<br>§<br>§<br>§   CAUSE NO. EP-25-CV-323-KC<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

On this day, the Court considered the case. Respondent recently informed the Court that Petitioner was transferred from a detention facility in El Paso, Texas to the Louisiana State Penitentiary in Angola, Louisiana. Resp. 5, ECF No. 8; Decl. Asst. Field Off. Dir. Martin A. Sarellano Jr. ¶ 8, ECF No. 8-2. The Court's August 19, 2025, Order set a deadline of September 23 for Petitioner's reply brief. *See* Aug. 19, 2025, Order 4, ECF No. 2. The certified mailing receipt shows that this Order was delivered. *See* Certified Mailing, ECF No. 4; Returned Signed Certified Mail Receipt, ECF No. 5. It is unclear, however, if the Order was distributed to Petitioner prior to his transfer to the Louisiana State Penitentiary. The certified mailing receipt for the Court's subsequent September 3, 2025, Order shows that it was returned to sender because "detainee [is] no longer at [the] facility." *See* Returned Mail for Sang Nguyen, ECF No. 10.

Accordingly, the Court **ORDERS** that Petitioner's deadline to file a reply in support of his Petition is **EXTENDED** to **October 7, 2025.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send this Order, together with the Court's August 19, 2025, Order, ECF No. 2, and the Court's September 3, 2025, Order, ECF No. 6, to Petitioner at the following address:

> Sang Nguyen
> A#XXX-XXX-510
> Angola Detention Facility
> 17544 Tunica Trace
> Angola, LA 70712

**IT IS FURTHER ORDERED** that, if Petitioner is transferred to a different facility, Respondents shall **immediately and no later than forty-eight hours after Petitioner's transfer**, inform the Court of the transfer and the location of the facility to which Petitioner has been transferred.

**SO ORDERED**.

**SIGNED this 17th day of September, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE