IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANG NGUYEN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-323-KC |
| § | |
| PAM BONDI, U.S. Attorney General, § | |
| § | |
| Respondent. § | |

# ORDER

On this day, the Court considered the case. Petitioner Sang Nguyen filed a Petition for a Writ of Habeas Corpus ("Petition"), ECF No. 1-1. In answer to the Court's Show Cause Order, ECF No. 6, Respondents filed their Response, ECF No. 8, in opposition to Nguyen's Petition.

Respondents argue that Nguyen is "lawfully detained with a final order of removal while ICE arranges his removal to Vietnam." Resp. 4. Pursuant to the Declaration of Assistant Field Officer Director Martin A. Sarellano Jr., "ICE submitted the travel document request for Nguyen on September 2, 2025." Decl. Martin A. Sarellano, Jr. ("Sarellano Decl.") ¶ 7, ECF No. 8-2. Sarellano also states that "in 2025 ICE has successfully removed over 400 Vietnamese nationals to Vietnam" and that "Vietnam is issuing travel documents on average within 30 days of the request." *Id.*

Given that it has been more than thirty days since Respondents submitted the travel document request for Nguyen, and the issuance of travel documents by the Vietnamese government would likely moot this Petition, the Court takes this matter under advisement pending additional information on the status of the request.

Accordingly, Respondents are **ORDERED** to file a status report **by no later than October 21, 2025**, stating whether Vietnam has approved the travel document request for Nguyen, and if not, the status of the request.

**SO ORDERED**.

SIGNED this 9th day of October, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE